[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11868
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00043-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN LABAR INGRAM,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(October 13, 2017)

Before TJOFLAT, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Martin C. Puetz, retained counsel for Adrian Labar Ingram in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ingram's conviction and sentence are **AFFIRMED**.